UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY STEWART, | : | Case No. 1:07CV659 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN M. O'MALLEY |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | ORDER |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

The Commissioner of Social Security denied social security benefits to the Claimant, Gregory Stewart ("Stewart"), in the above-captioned case. Stewart sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge David S. Perelman for preparation of a Report and Recommendation ("R&R") pursuant to Local Rule 72.2(b)(1) and 28 U.S.C. §636(b)(1)(B). Both parties filed briefs in support of their respective positions. (ECF Docs. 14 and 15.) The Magistrate Judge then submitted his R&R on December 14, 2007, recommending that the Court vacate the Administrative Law Judge's ("ALJ") decision and remand for further proceedings on the issue of whether Stewart's "mental/emotional status" constitutes a "severe impairment" for purposes of 20 C.F.R. § 416.920(a)(4)(ii). (ECF Doc. 16 at 5.) Stewart did not object to the Magistrate Judge's R&R, and the Defendant filed a response to the R&R specifically stating that he would not object to the R&R. (ECF Doc. 17.)

The Court has reviewed the Magistrate Judge's R&R, *de novo*. The Court agrees with the Magistrate Judge's conclusions – most importantly, that the ALJ erred in concluding that the evidence of mental illness Stewart presented does not satisfy the *de minimus* standard for "severe

impairment." (*See* ECF Doc. 16 at 4.) Though the Court might articulate its conclusions somewhat differently, because neither party has objected to the Magistrate Judge's R&R, further explanation of the Court's reasoning is not required. *Tuggle v. Seabold*, 806 F.2d 87, 92-93 (6th Cir. 1986).

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, thus **REVERSING** the Commissioner of Social Security's decision and **REMANDING** the case for further proceedings not inconsistent with this opinion.

**IT IS SO ORDERED.**

                                                   s/**Kathleen M. O'Malley**
                                                   **KATHLEEN MCDONALD O'MALLEY**
**Date: April 15, 2008**                    **UNITED STATES DISTRICT JUDGE**