# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Gregory L. Stewart, | : | Case No. 1:07CV0659 |
| | : | |
| Plaintiff | : | Judge Kathleen O'Malley |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Defendant | : | |

Plaintiff has moved for an award of attorney's fees pursuant to the Equal Access To Justice Act, 28 U.S.C. §2412, in the amount of $1,737.50.

The defendant has responded that the application will not be opposed.

It is, therefore, recommended that plaintiff's application be granted in the amount requested.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   July 28, 2008

## OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).